*Pro Se 1 2016*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

# 19-CV-1388 РДМ

Qian Chen

206 588 0129

_____,

                    Plaintiff(s),

        v.

City of Seattle

_____

_____

_____

                    Defendant(s).

CASE NO. _____
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☐ Yes   ☐ No

## I.    THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Qian Chen |
| Street Address | 7650 SE 27th ST, Apt 438 |
| City and County | Mercer Island, King county |
| State and Zip Code | WA, 98040 |
| Telephone Number | (206) 588-0129 |

COMPLAINT FOR A CIVIL CASE - 1

*Pro Se 1 2016*

**B.    Defendant(s)**

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | City of Seattle |
| Job or Title *(if known)* | |
| Street Address | 820 Virginia ST |
| City and County | Seattle King County |
| State and Zip Code | WA, 98101 |
| Telephone Number | (206) 684-2489 |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

COMPLAINT FOR A CIVIL CASE - 2

*Pro Se 1 2016*

Defendant No. 4

    Name

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

## II.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

COMPLAINT FOR A CIVIL CASE - 3

*Pro Se 1 2016*

1  **B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

2          **1.    The Plaintiff(s)**

3              a.  If the plaintiff is an individual.

4      The plaintiff *(name)* _____, is a citizen of the

5  State of *(name)* _____.

6              b.  If the plaintiff is a corporation.

7      The plaintiff, *(name)* _____, is incorporated under

8  the laws of the State of *(name)* _____, is incorporated under

9  the laws of the State of *(name)* _____, and has its principal

10  place of business in the State of *(name)* _____.

11      *(If more than one plaintiff is named in the complaint, attach an additional page providing*
the same information for each additional plaintiff.)*

12

13          **2.    The Defendant(s)**

14              a.  If the defendant is an individual.

15      The defendant, *(name)* _____, is a citizen of the

16  State of *(name)* _____. Or is a citizen of

17  *(foreign nation)* _____.

18              b.  If the defendant is a corporation.

19      The defendant, *(name)* _____, is incorporated under

20  the laws of the State of *(name)* _____, and has its principal

21  place of business in the State of *(name)* _____.

22      Or is incorporated under the laws of *(foreign nation)* _____,

23  and has its principal place of business in *(name)* _____.

24      *(If more than one defendant is named in the complaint, attach an additional page*
*providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE - 4

*Pro Se 1 2016*

1        3.    The Amount in Controversy.

2        The amount in controversy-the amount the plaintiff claims the defendant owes or the

3    amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

4    _____

5    _____

6    _____

7

8        **III.    STATEMENT OF CLAIM**

9    *Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.*

10   *State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain*

11   *statement of each claim in a separate paragraph. Attach additional pages if needed.*

12   _____

13   _____

14   _____

15       **IV.    RELIEF**

16   *State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing*

17   *at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts,*

18   *and the reasons you claim you are entitled to actual or punitive money damages.*

19   _____

20   _____

21   _____

22       **V.    CERTIFICATION AND CLOSING**

23       Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

24   knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2016*

1  purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

2  (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

3  reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

4  identified, will likely have evidentiary support after a reasonable opportunity for further

5  investigation or discovery; and (4) the complaint otherwise complies with the requirements of

6  Rule 11.

7       I agree to provide the Clerk's Office with any changes to my address where case-related

8  papers may be served. I understand that my failure to keep a current address on file with the

9  Clerk's Office may result in the dismissal of my case.

10  Date of signing: _____ 8/30/19 _____

11  Signature of Plaintiff _____

12  Printed Name of Plaintiff _____ Qian Chen _____

13

14  Date of signing: _____

15  Signature of Plaintiff _____

16  Printed Name of Plaintiff _____

17

18  Date of signing: _____

19  Signature of Plaintiff _____

20  Printed Name of Plaintiff _____

21

22

23

24

COMPLAINT FOR A CIVIL CASE - 6