UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

QIAN CHEN,

                Plaintiff,

  v.

CITY OF SEATTLE,

                Defendant.

CASE NO. 2:19-CV-01388-RAJ

**ORDER DENYING IFP APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE**

The Court, having reviewed the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, there being no objections thereto, and the remaining record, **ORDERS**:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **DENIED.**

(3) The complaint is **DISMISSED WITHOUT PREJUDICE.**

(4) All pending motions (Dkts. 4 and 5) are **DENIED**.

(5) The Clerk shall provide a copy of this Order to Plaintiff Qian Chen.

DATED this 23rd day of October, 2019.

                                    */s/ Richard A. Jones*
                                    The Honorable Richard A. Jones
                                    United States District Judge